IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,
v.                                              Case No. 4:15cv84-MW/CAS

JUDGE PARSONS,

    Defendants.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No.11. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The motions to appoint counsel, ECF Nos. 5 and 7, are **DENIED**. The Clerk shall close the file.

SO ORDERED on March 18, 2015.

s/Mark E. Walker            
**United States District Judge**